1   ANDREW I. PORT  (SBN:  120977)
    aport@grsm.com
2   ANDRE M. PICCIURRO (SBN: 239132)
    apicciurro@grsm.com
3   GORDON REES SCULLY MANSUKHANI, LLP
    275 Battery Street, Suite 2000
4   San Francisco, CA 94111
    Telephone:  (415) 875-3157
5   Facsimile:  (415) 986-8054

6   Attorneys for Petitioners
    APL MARITIME, LTD.,
7   APL MARINE SERVICES, LTD. and
    the M/V PRESIDENT WILSON
8

9

                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12

In Re: JOHN NAVALES DURAN          )  CASE NO.
13                                   )
                                     )  **PETITION FOR DELIVERY OF**
14                                   )  **EFFECTS AND FINAL**
                                     )  **PAYCHECK OF DECEASED**
15  APL MARITIME, LTD., APL          )  **SEAMAN, JOHN NAVALES**
    MARINE SERVICES, LTD., and the   )  **DURAN**
16  M/V PRESIDENT WILSON,            )
                                     )
17              Petitioners          )
                                     )
18

19
        COME NOW Petitioners APL MARITIME, LTD, APL MARINE
20
    SERVICES, LTD., and the M/V PRESIDENT WILSON, by and through their
21
    attorneys, file this Petition for Delivery of effects and Final Paycheck of Deceased
22
    Seaman, JOHN NAVALES DURAN, to the Court in accordance with 46 U.S.C.
23
    §§ 10703 and 10706.  APL MARITIME, LTD., APL MARINE SERVICES, LTD.,
24
    and the M/V PRESIDENT WILSON respectfully show the Court the following:
25
        1.      Petitioners APL MARITIME, LTD., APL MARINE SERVICES,
26
    LTD., and the M/V PRESIDENT WILSON (hereafter sometimes referred to as the
27
    "Vessel" and all three collectively referred to as "Petitioners") bring this petition
28

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-1-
**PETITION FOR DELIVERY OF EFFECTS AND FINAL PAYCHECK OF
DECEASED SEAMAN, JOHN NAVALES DURAN**

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1   for delivery of effects and final paycheck under 46 U.S.C. §§ 10703 and 10706.

2   Jurisdiction is proper over this Court pursuant to 28 U.S.C. §§ 1331 and 1333.

3   Venue is proper in this matter pursuant to 46 U.S.C. §§ 10706, in that San Pedro,

4   California is the first port of call in the United States for the M/V PRESIDENT

5   WILSON following the death of deceased seaman, JOHN NAVALES DURAN

6   (hereinafter referred to as the "Decedent"). The M/V PRESIDENT WILSON is

7   due to arrive at San Pedro, California on or about August 18, 2021, and this

8   Petition is filed within one week of the Vessel's arrival in compliance with 46

9   U.S.C. § 10706.

10          2.        At all times relevant hereto, the Decedent was employed by APL

11   MARINE SERVICES, LTD., on the M/V PRESIDENT WILSON, a vessel

12   managed by APL MARITIME, LTD.  APL MARINE SERVICES, LTD. is the *pro*

13   *hac vice* owner of the Vessel.  The Decedent passed away onboard the Vessel on

14   July 26, 2021, while the Vessel was drifting off the coast of Gwangyang Port,

15   Republic of Korea.  Upon calling at Gwangyang Port, Petitioners contacted the

16   first available Consular Officer at the United States Embassy to deliver Decedent's

17   effects and wages in compliance with 46 U.S.C. § 10703(b).  The Consular Officer

18   did not require the Master of the Vessel to deliver the effects and wages.  In

19   compliance with 46 U.S.C. § 10703(c), Petitioners and the Consular Officer agreed

20   that Petitioners would deliver Decedent's wages and effects to this Court within

21   one week following the Vessel's arrival at the first port of call in the United States

22   following Decedent's death pursuant to 46 U.S.C. § 10706. As stated above, the

23   M/V PRESIDENT WILSON's first port of call in the United States following

24   Decedent's death will be in San Pedro, on or about August 18, 2021.  Attached

25   hereto as **Exhibit "1"** is a copy of the agreement between Petitioners and the

26   Consular Officer.

27          3.        The Decedent was due wages in the amount of Three Thousand Two

28   Hundred and Forty-four dollars and Five cents ($3,244.05) for service aboard the

**PETITION FOR DELIVERY OF EFFECTS AND FINAL PAYCHECK OF
DECEASED SEAMAN, JOHN NAVALES DURAN**

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  M/V PRESIDENT WILSON.  Attached hereto as **Exhibit "2"** is a copy of the

2  check including wage statement in the amount of Three Thousand Two Hundred

3  and Forty-four dollars and Five cents ($3,244.05) and a pay voucher (7/3/2021-

4  7/26/2021) detailing the wages due to the Decedent, the time period in which pay

5  was earned, and any items of deduction.  Concurrent with this filing, Petitioners

6  seek an order to the Clerk of this Court that he/she is to accept the tender the final

7  paycheck set forth in Exhibit 2 to the Court.

8      4.    Attached hereto as **Exhibit "3"** is an Inventory of Personal Effects of

9  the Deceased signed by the Vessel's Master, Paul M. Sallee; Chief Mate Joseph F.

10  Carpenter; and Unlicensed Department Representative Sherwin O. Bongayan,

11  which detail the Decedent's personal effects aboard the M/V PRESIDENT

12  WILSON.  Those personal effects were inventoried, placed into four pieces of

13  luggage, sealed via plastic seal, and will be delivered to the undersigned counsel or

14  his designated agent upon the ship's arrival at San Pedro on or about August 18,

15  2021.  The security seals on four bags of Decedent's effects as are numbered as

16  follows: (1) Green Backpack (4 Security seals; 0663890, 0663834, 0663833, and

17  0663835); (2) Green Tote Bag (2 Security seals; 0663831 and 0663832); (3) Green

18  Duffel Bag (1 Security Seal; 0663889); and (4) Black Suitcase (1 Security Seal;

19  0663836).

20      5.    Concurrent with this filing, Petitioners seek an order to the Clerk of

21  this Court that he/she is to accept the tender of personal effects set forth in Exhibit

22  3 to the Court.

23      6.    Records of APL MARITIME, LTD., APL MARINE SERVICES,

24  LTD., and the M/V PRESIDENT WILSON indicate that the next of kin of

25  Decedent is as follows:

26      Marites Bolano Duran

27      6297 Shiner Bock Court

28      North Las Vegas, NV 89081 USA

-3-

**PETITION FOR DELIVERY OF EFFECTS AND FINAL PAYCHECK OF DECEASED SEAMAN, JOHN NAVALES DURAN**

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PRAYER

WHEREFORE, Petitioners APL MARITIME, LTD., APL MARINE SERVICES, LTD., and the M/V PRESIDENT WILSON pray this Court order the Clerk to accept and hold the Decedent's final paycheck and personal effects, as detailed in Exhibits 2 and 3 respectively, for claiming and collection by Decedent's next of kin and/or legal representative.

Dated:  August 12, 2021          GORDON REES SCULLY MANSUKHANI, LLP

By: _____

Andrew I. Port
André M. Picciurro
Attorneys for Petitioners
APL MARITIME, LTD.,
APL MARINE SERVICES, LTD.,
and the M/V PRESIDENT WILSON

-4-
**PETITION FOR DELIVERY OF EFFECTS AND FINAL PAYCHECK OF DECEASED SEAMAN, JOHN NAVALES DURAN**